IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-35-D

| | |
|---|---|
| WILLIAM SCOTT DAVIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JAMES A. HUNT, ) | |
| ) | |
| Defendant. ) | |

On March 18, 2011, Magistrate Judge Webb issued a Memorandum and Recommendation ("M&R") [D.E. 8]. In that M&R, Judge Webb recommended that plaintiff's application to proceed in forma pauperis be allowed and that plaintiff's complaint be dismissed as frivolous. No party filed objections to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (alteration in original) (emphasis removed) (quotation omitted). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Id. (quotation omitted).

The court has reviewed the M&R and the record. The court is satisfied that there is no clear error on the face of the record. Plaintiff's application to proceed in forma pauperis is GRANTED, and plaintiff's complaint is DISMISSED as frivolous. The Clerk of Court is directed to close the case.

SO ORDERED. This 15 day of April 2011.

                                                              JAMES C. DEVER III
                                                              United States District Judge