AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| WILLIAM SCOTT DAVIS, JR., )<br>  Plaintiff, )<br> )<br>v. )<br> )<br> )<br>JAMES A. HUNT, )<br>  Defendant. )<br> ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:11-CV-35-D** |

Decision by the Court:

**IT IS ORDERED AND ADJUDGED** that Plaintiff's application to proceed *in forma pauperis* is GRANTED, and Plaintiff's Complaint is DISMISSED as frivolous. The Clerk of Court is directed to close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **APRIL 15, 2011** WITH A COPY TO:

William Scott Davis, Jr., pro se (via the U.S. Postal Service to 510 Wine Street, Hampton, VA 23669)


April 15, 2011                           DENNIS P. IAVARONE, Clerk
Date                                     Eastern District of North Carolina

                                         /s/ Debby Sawyer
                                         (By) Deputy Clerk

Raleigh, North Carolina