IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-35-D

| | |
|---|---|
| WILLIAM SCOTT DAVIS, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES A. HUNT, ) <br> ) <br> Defendant. ) | **ORDER** |

On September 2, 2015, this court denied William Scott Davis, Jr.'s ("Davis") motions to reopen his case. See [D.E. 27]. On September 16, 2015, Davis filed a motion to amend the judgment [D.E. 28]. On October 14, 2015, Davis filed a third motion to reopen his case and to vacate the court's earlier orders [D.E. 29]. On October 16, 2015, Davis filed a notice of appeal to the United States Court of Appeals for the Fourth Circuit [D.E. 30].

The court has reviewed Davis's motion to amend the judgment and his motion to reopen his case under the governing standards. The motions [D.E. 28, 29] lack merit and are DENIED.

SO ORDERED. This _23_ day of November 2015.

JAMES C. DEVER III
Chief United States District Judge