IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-35-D

| | | |
|---|---|---|
| WILLIAM SCOTT DAVIS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| JAMES A. HUNT, | ) | |
| | ) | |
| Defendant. | ) | |

On September 2, 2015, this court denied William Scott Davis, Jr.'s ("Davis") motions to reopen his case. See [D.E. 27]. On September 16, 2015, Davis filed a motion to amend the judgment [D.E. 28]. On October 14, 2015, Davis filed a third motion to reopen his case and to vacate the court's earlier orders [D.E. 29]. On October 16, 2015, Davis filed a notice of appeal to the United States Court of Appeals for the Fourth Circuit [D.E. 30]. On November 23, 2015, this court denied Davis's motion to amend the judgment and his motion to reopen his case [D.E. 28, 29].

On December 21, 2015, Davis filed another motion for reconsideration [D.E. 37] and a second notice of appeal [D.E. 38]. On March 4, 2016, Davis filed a motion to set aside the judgment [D.E. 45].

The court has again reviewed Davis's motions to amend the judgment and to set aside the judgment under the governing standards. The motions [D.E. 37, 45] lack merit and are DENIED.

SO ORDERED. This 11 day of April 2016.

JAMES C. DEVER III
Chief United States District Judge