IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-35-D

| | |
|---|---|
| WILLIAM SCOTT DAVIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| JAMES A. HUNT, ) | |
| ) | |
| Defendant. ) | |

On September 2, 2015, this court denied William Scott Davis, Jr.'s ("Davis") motions to reopen his case. See [D.E. 27]. On September 16, 2015, Davis filed a motion to amend the judgment [D.E. 28]. On October 14, 2015, Davis filed a third motion to reopen his case and to vacate the court's earlier orders [D.E. 29]. On November 23, 2015, this court denied Davis's motion to amend the judgment and his motion to reopen his case [D.E. 34]. On April 11, 2016, this court denied Davis's motion for reconsideration and motion to set aside judgment [D.E. 46]. On August 1, 2016, the United States Court of Appeals for the Fourth Circuit affirmed this court's judgment. See Davis v. Hunt, No. 15-2465, 2016 WL 4073470 (4th Cir. Aug. 1, 2016) (per curiam) (unpublished). On August 8, 2016, this court again denied Davis's motion for reconsideration [D.E. 54].

On August 22, 2016, Davis filed a motion to set aside this court's judgment [D.E. 55]. On September 8, 2016, Davis appealed this court's August 8, 2016 order denying reconsideration [D.E. 57]. On September 8, 2016, Davis filed a motion to disqualify judge and to transfer the case [D.E. 61]. On November 29, 2016, the United States Court of Appeals for the Fourth Circuit affirmed this court's August 8, 2016 order denying reconsideration. Davis v. Hunt, No. 16-2010, 2016 WL 6958555 (4th Cir. Nov. 29, 2016) (per curiam) (unpublished).

The court has reviewed Davis's motions under the governing standards. The motions [D.E. 55, 61] lack merit and are DENIED. The case remains closed.

SO ORDERED. This 4 day of January 2017.

*James Dever*
JAMES C. DEVER III
Chief United States District Judge